1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  VARELL L. FULLER
   Assistant Federal Public Defender
3  160 West Santa Clara Street, Suite 575
   San Jose, CA  95113
4  Telephone:  (408) 291-7753

5  Counsel for Defendant RAMIREZ

6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10

11 | UNITED STATES OF AMERICA,        )  No.  CR 00-20331-EJD
   |                                  )
12 |          Plaintiff,              )  STIPULATION AND [PROPOSED]
   |                                  )  ORDER CONTINUING STATUS
13 | vs.                              )  HEARING TO JUNE 4, 2012
   |                                  )
14 | PABLO RAMIREZ,                   )
   |                                  )
15 |          Defendant.              )
   | _____)
16

17

18                        **STIPULATION**

19       The parties, Pablo Ramirez and the government, acting through their respective counsel,

20 hereby stipulate and agree, subject to the Court's approval, that the status hearing date currently

21 set for Monday, May 14, 2012, at 1:30 p.m. be vacated and continued to Monday, June 4, 2012,

22 at 1:30 p.m.

23       Mr. Ramirez is charged in a Probation Form 12 filed in this matter on April 4, 2012, with

24 having violated three conditions of his Supervised Release.  The parties are informed that the

25 conduct alleged in Charge One is presently being adjudicated in Santa Clara County Superior

26 Court, and Mr. Ramirez is to appear on May 15, 2012, for further proceedings in that case.  The

parties jointly request a continuance to June 4, 2012, to allow the state case to proceed and to permit the parties additional time to discuss what impact, if any, the outcome of the state case may have on the parties ongoing discussions to resolve this matter.

United States Probation Officer Janie Zhuang, who is assigned to this matter, has been consulted about the requested continuance and has no objection. Accordingly, the parties respectfully request that the status hearing date be continued to June 4, 2012.

IT IS SO STIPULATED.

Dated: May 11, 2012

                                      _____/s/_____
                                      VARELL L. FULLER
                                      Assistant Federal Public Defender

Dated: May 11, 2012           _____/s/_____
                                      AMBER ROSEN
                                      Assistant United States Attorney

//
//

### [Proposed] ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, IT IS HEREBY ORDERED that the hearing currently set for May 14, 2012, shall be continued to June 4, 2012, at 1:30 p.m.

IT IS SO ORDERED.

Dated: May 11, 2012                      _____
                                              THE HONORABLE EDWARD J. DAVILA
                                              United States District Judge