1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  AMBER S. ROSEN (CABN 160380)
   Assistant United States Attorney
5     150 Almaden Boulevard, Suite 900
      San Jose, CA 95113
6     Telephone: (408) 535-5061
      Fax:  (408) 535-5066
7     E-Mail: amber.rosen@usdoj.gov

8  Attorneys for Plaintiff

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN JOSE  DIVISION
12

13
   UNITED STATES OF AMERICA,          )   No. [CR 00-20331] EJD
14                                    )
        Plaintiff,                    )   STIPULATION AND ORDER TO
15                                    )   CONTINUE STATUS HEARING
        v.                            )
16                                    )   Date: August 27, 2012
   PABLO RAMIREZ,                     )   Time: 1:30 p.m.
17                                    )
        Defendant.                    )
18  _____  )

19
                              STIPULATION
20

21

22     Due to the unavailability of the Court, the parties, Pablo Ramirez and the United States,

23  acting through their respective counsel, hereby stipulate and agree, subject to the Court's

24  approval, that the status hearing date currently set for Monday, August 6, 2012, at 1:30 p.m. be

25  continued to Monday, August 27, 2012, at 1:30 p.m.

26     United States Probation Office Janie Zhuang, who is assigned to this matter, has been

27  consulted about the requested continuance and has no objection.  Accordingly, the parties

28  respectfully request that the status hearing be continued to August 27, 2012 at 1:30 p.m.

[STIPULATION AND ORDER TO CONTINUE HEARING]
[CR 00-20331] EJD

IT IS SO STIPULATED.

DATED: July 27, 2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
AMBER S. ROSEN
Assistant United States Attorney

DATED: July 27, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, it is hereby ordered that the hearing currently set for August 6, 2012, be continued to August 27, 2012, at 1:30 p.m.

IT IS SO ORDERED.

DATED:   July 31, 2012

_____
THE HONORABLE EDWARD J. DAVILA
United States District Judge

[STIPULATION AND ORDER TO CONTINUE HEARING]
[CR 00-20331] EJD